# MEMORANDUM DECISIONS

---

BAGGETT v. STATE. (No. 4417.) (Court of Criminal Appeals of Texas. March 28, 1917.) Appeal from District Court, Stephens County; D. K. Scott, Special Judge. R. M. Baggett was convicted of passing a forged instrument, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of passing a forged instrument, and his punishment assessed at the lowest prescribed by law. There is neither a bill of exceptions nor a statement of facts in the record, nor has appellant filed any brief herein. The judgment is affirmed.